UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Christopher Piper,

       Plaintiff,

vs.     ORDER

JoAnne B. Barnhart, Commissioner
of Social Security,

       Defendant.     Civ. No. 06-3802 (PAM/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.  That the Clerk of Court shall not issue a Summons, nor deliver process to the United States Marshal for service upon the Defendant, until so directed by further Order of the Court.

2.  That the Plaintiff's application for in forma pauperis status [Docket No. 2] is denied.

BY THE COURT:

s/ Paul A. Magnuson
Judge Paul A. Magnuson
United States District Court

Dated: October 16, 2006
At St. Paul, Minnesota