UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christopher Piper,                                    Civil No. 06-3802 (PAM/RLE)

           Plaintiff,

v.                                                                              **ORDER**

Michael J. Astrue,
Commissioner of Social Security,

           Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Chief United States Magistrate Judge Raymond L. Erickson dated July 15, 2008. The R&R recommended that this Court grant Plaintiff's Motion for Summary Judgment and deny Defendant's Motion for Summary Judgment.

The Government has declined to file objections to the R&R. The Court therefore **ADOPTS** the R&R (Docket No. 28).

Accordingly, **IT IS HEREBY ORDERED** that:

1.     Defendant's Motion for Summary Judgment (Docket No. 25) is **DENIED**;

2.     Plaintiff's Motion for Summary Judgment (Docket No. 18) is **DENIED**; and

3. This matter is remanded to the Commissioner for further proceedings in accordance with the R&R, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 7, 2008

*s/Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge